**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**PRESTON J. HARRISON,
THOMAS E. JACKSON, and
LOVENA E. HARRISON,**

**Case No. 2:14-cr-106(1 - 3)
Judge Gregory L. Frost**

## ORDER

This matter came on for a jury trial March 16, 2015 through March 25, 2015 upon the Indictment charging the Defendants Preston J. Harrison and Thomas E. Jackson with One (1) count of Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349 – (Count 1); one (1) count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h) – (Count 2); ten (10) counts of Wire Fraud in violation of 18 U.S.C. § 1343 and § 2 – (Counts 3-12); and Nineteen (19) counts of Money Laundering in violation of 18 U.S.C. § 1957 and § 2 – (Counts 13 - 31). The Indictment also charged Preston J. Harrison and Lovena E. Harrison with one (1) count of Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371 – (Count 32); and one (1) count of Filing a False Tax Return in violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2 – (Count 33). Finally, the Indictment charged Defendant Lovena E. Harrison with one (1) count of Structuring Transactions to Evade Reporting Requirements in violation of 31 U.S.C. § 5324(a)(3).

The jury was duly empaneled and sworn. Testimony was taken and evidence received. During the trial the Government voluntarily dismissed Count 20, one of the charges of Money

Laundering filed against Defendants Preston J. Harrison and Thomas E. Jackson.  After due deliberations the jury returned the following verdicts:

    Count 1 - Conspiracy to Commit Wire Fraud:

        Preston J. Harrison:                              GUILTY

        Thomas E. Jackson:                              GUILTY

    Count 2 - Conspiracy to Commit Money Laundering:

        Preston J. Harrison:                              GUILTY

        Thomas E. Jackson:                              GUILTY

    Count 3 - Wire Fraud:

        Preston J. Harrison:                              NOT GUILTY

        Thomas E. Jackson:                              GUILTY

    Count 4 - Wire Fraud:

        Preston J. Harrison:                              NOT GUILTY

        Thomas E. Jackson:                              GUILTY

    Count 5 - Wire Fraud:

        Preston J. Harrison:                              NOT GUILTY

        Thomas E. Jackson:                              GUILTY

    Count 6 -Wire Fraud:

        Preston J. Harrison:                              NOT GUILTY

        Thomas E. Jackson:                              GUILTY

Count 7 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         NOT GUILTY

Count 8 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         NOT GUILTY

Count 9 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         GUILTY

Count 10 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         GUILTY

Count 11 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         GUILTY

Count 12 - Wire Fraud:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         GUILTY

Count 13 - Money Laundering:

  Preston J. Harrison:         NOT GUILTY

  Thomas E. Jackson:         NOT GUILTY

Count 14 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 15 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 16 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 17 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 18 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 19 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 21 - Money Laundering:

    Preston J. Harrison:　　　　　　　　　　　　GUILTY

    Thomas E. Jackson:　　　　　　　　　　　　GUILTY

Count 22 - Money Laundering:

 Preston J. Harrison:         GUILTY

 Thomas E. Jackson:         GUILTY

Count 23 - Money Laundering:

 Preston J. Harrison:         GUILTY

 Thomas E. Jackson:         GUILTY

Count 24 - Money Laundering:

 Preston J. Harrison:         GUILTY

 Thomas E. Jackson:         GUILTY

Count 25 - Money Laundering:

 Preston J. Harrison:         GUILTY

 Thomas E. Jackson:         GUILTY

Count 26 - Money Laundering:

 Preston J. Harrison:         GUILTY

 Thomas E. Jackson:         GUILTY

Count 27 - Money Laundering:

 Preston J. Harrison:         NOT GUILTY

 Thomas E. Jackson:         NOT GUILTY

Count 28 - Money Laundering:

 Preston J. Harrison:         NOT GUILTY

 Thomas E. Jackson:         NOT GUILTY

Count 29 - Money Laundering:

    Preston J. Harrison:        NOT GUILTY

    Thomas E. Jackson:        NOT GUILTY

Count 30 - Money Laundering:

    Preston J. Harrison:        NOT GUILTY

    Thomas E. Jackson:        NOT GUILTY

Count 31 - Money Laundering:

    Preston J. Harrison:        NOT GUILTY

    Thomas E. Jackson:        NOT GUILTY

Count 32 - Conspiracy to Defraud the United States:

    Preston J. Harrison:        GUILTY

    Lovena E. Harrison:        GUILTY

Count 33 - Filing a False Tax Return:

    Preston J. Harrison:        GUILTY

    Lovena E. Harrison:        GUILTY

Count 34 - Structuring Transactions to Evade Reporting Requirements:

    Lovena E. Harrison:        GUILTY

The Court accepts the jury's verdicts.

Defendant's Preston J. Harrison and Thomas E. Jackson were ordered to be held in custody pending sentencing and their own recognizance bonds were revoked.

Defendant Lovena E. Harrison was released on her own recognizance but was placed on electronic monitoring as well as on the same terms and conditions as previously ordered herein.

Sentencing hearings will be scheduled by the Court and the parties notified of the date and time once this Court has received the presentence reports.

IT IS SO ORDERED.

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE