## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
#### U.S. Probation Office

**John S. Dierna**
Chief U.S. Probation Officer

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, OH  43215-2398
Phone:  614-719-3100
Fax:  614-719-3101



110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, OH  45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

**Reply to:  Columbus**

March 25, 2015

Ms. Diane M. Menashe, Esq.
Diane M. Menashe Co LPA - 2
536 South Wall Street, Suite 300
Columbus, Ohio  43215
614-221-6500
614-224-9258 (fax)
menashe@columbus.rr.com

Ms. Jessica H. Kim
United States Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215
614-469-5715
614-469-5653 (fax)
jessica.kim@usdoj.gov

Mr. Andrew P. Young, Esq.
United States Attorney's Office
1 St. Andrew's Plaza
New York, New York  10007
212-637-1065
andrew.p.young@usdoj.gov

Mr. Jason M. Scheff, Esq.
United States Department of Justice
601 D Street, Northwest
Room 7135
Washington, DC  20530
202-353-7509
jason.m.scheff@usdoj.gov

RE:  **THOMAS E. JACKSON**
     2:14 CR 106 (002)

Dear Counsels:

## DISCLOSURE NOTIFICATION

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via email on April 29, 2015.

You and/or your client have until May 20, 2015 to communicate objections to United States Probation Officer Barbara J. Rodriguez Menke at 719-3100 so that any objections may be resolved informally. Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer. The Probation Office has found that this often brings immediate resolution of a number of objections. The final presentence investigation report will be sent to the Court and the parties by June 10, 2015.

When the "final presentence report" is sent to the Judge, you will receive two copies even if there are no changes. The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.

Very truly yours,


John S. Dierna, Chief
U.S. Probation Officer

CC:     Clerk of Courts     - Ms. Kristen Keppler (Frost)